IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

TIMOTHY J. WALKER
REG. #30396-018                                                                                               PLAINTIFF

v.                                                     2:07CV00002HLJ

DR. PRINCE                                                                                                    DEFENDANT

MEMORANDUM AND ORDER

This matter is before the Court on defendant's motion to dismiss, or in the alternative, for summary judgment (DE #11). By Order dated May 24, 2007, this Court directed plaintiff to file a response to the motion within ten days of the date of the Order (DE #19). The Court further advised plaintiff that failure to file such in accordance with the Court's directions would result in the dismissal without prejudice of his complaint. On June 9, 2007, the copy of the Order mailed to plaintiff at his last-known address was returned to Sender, as undeliverable (DE #23). In addition, two other documents mailed to plaintiff at his last-known address were returned to the Court on May 25, 2007 and May 29, 2007. As of this date, plaintiff has not filed a response to the motion to dismiss, or otherwise corresponded with this Court.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of plaintiff's failure to respond to this Court's May 24, 2007 Order, the Court will dismiss the complaint without prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that this complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 2nd day of July, 2007.

_Henry L. Jones, Jr._
United States Magistrate Judge