IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

TIMOTHY J. WALKER
REG. #30396-018                                                                          PLAINTIFF

v.                                              2:07CV00002HLJ

DR. PRINCE                                                                               DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 2nd day of July, 2007.

_____
United States Magistrate Judge